**DISMISS; Opinion Filed March 31, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00625-CV

### MONTGOMERY A. KOWIS, Appellant
### V.
### CIRRO GROUP, INC., D/B/A CIRRO ENERGY, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-02077-2012**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice Evans

Appellant's brief in this case is overdue. By postcard dated September 13, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

130625F.P05

/David Evans/
DAVID EVANS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MONTGOMERY A. KOWIS, Appellant

No. 05-13-00625-CV      V.

CIRRO GROUP, INC., D/B/A CIRRO
ENERGY, Appellee

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-02077-2012.
Opinion delivered by Justice Evans.
Justices FitzGerald and Fillmore
participating.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
    It is **ORDERED** that appellee CIRRO GROUP, INC., D/B/A CIRRO ENERGY recover
its costs of this appeal from appellant MONTGOMERY A. KOWIS.


Judgment entered this 31st day of March, 2014.


/David Evans/
DAVID EVANS
JUSTICE